**STATE v. LEJANO**

[343 N.C. 301 (1996)]

STATE OF NORTH CAROLINA v. GUS R. LEJANO

No. 358PA95

(Filed 10 May 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 prior to a determination by the Court of Appeals of an order denying defendant's motion to dismiss entered by Rousseau, J., on 11 July 1995, in Superior Court, Forsyth County. Heard in the Supreme Court 15 December 1995.

*Michael F. Easley, Attorney General, by Isaac T. Avery, III, Special Deputy Attorney General, for the State.*

*Davis & Harwell, P.A., by Fred R. Harwell, Jr., for defendant-appellant.*

PER CURIAM.

For the reasons stated in *State v. Oliver,* 343 N.C. 202, 470 S.E.2d 16 (1996), the decision of the trial court is affirmed.

AFFIRMED.